TALIA L. DELANOY (239973)
 Talia.Delanoy@leclairryan.com
LECLAIRRYAN, LLC
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 246-1140
Facsimile: (916) 246-1155

SANDRA ISOM (157374)
 scisom@fedex.com
FEDEX FREIGHT
1715 Aaron Brenner Drive, Suite 600
Memphis, TN 38120
Telephone: (901) 434-8526
Facsimile: (901) 468-1726

Attorneys for Defendant
FEDEX FREIGHT, INC.
Erroneously sued as
FEDEX FREIGHT WEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ HERRERA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT WEST, INC., and DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendant. | Case No.: 2:18-CV-00892-JAM-DB<br><br>**STIPULATION RE DISMISSAL OF PAGA CLAIMS IN PLAINTIFF'S VERIFIED COMPLAINT**<br><br>Judge: **Hon. John A. Mendez**<br><br>Complaint filed: March 1, 2018<br>Matter Removed: April 11, 2018 |

　　　　Plaintiff BEATRIZ HERRERA, ("Plaintiff") originally filed a Complaint in the Superior Court of California for the County of Sacramento, naming a sole defendant, FEDEX FREIGHT WEST INC. On April 11, 2018, Defendant FedEx Freight, Inc., removed Plaintiff's action to this Court. Thereafter, in accordance with this Court's standing order, the parties met and conferred regarding Defendant's position regarding certain claims in the Complaint (attached hereto as Exhibit "A") that were subject to dismissal.

WHEREAS, the Parties, by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff dismisses, with prejudice, its claim for penalties or other damages which could be awarded pursuant to the Private Attorneys General Act ("PAGA"), both in her individual capacity and as a representative action;

2. Plaintiff dismisses with prejudice, the claims as outlined in the Complaint at Paragraphs 106, 107, 125 and 126;

3. Plaintiff agrees not to seek leave to amend the PAGA Notice and agrees not to submit a new PAGA Notice to the Labor Workforce Development Agency (LWDA) to add any claims or alleged Labor Code violations which may give rise to PAGA penalties;

4. Plaintiff agrees not to seek leave to amend the Complaint, or any subsequent amended complaint, to add any claims for PAGA penalties, whether in an individual and/or representative capacity; and

5. Plaintiff will not pursue any PAGA claims, whether in an individual or representative capacity, at the Trial of this matter.

IT IS SO STIPULATED.

DATED: April 17, 2018         Bohm Law Group, Inc.

                              By:  */s/ Victoria L. Gutierrez*

                                   Victoria L. Gutierrez
                                   Attorneys for Plaintiff
                                   BEATRIZ HERRERA

DATED: April 17, 2018         LeClairRyan, LLP

                              By:  */s/ Talia L. Delanoy*
                                   SANDRA ISOM
                                   TALIA L. DELANOY
                                   Attorneys for Defendant
                                   FEDEX FREIGHT, INC.
                                   Erroneously sued as
                                   FEDEX FREIGHT WEST, INC.

DATED: 4/18/2018

IT IS SO ORDERED:

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ