TALIA L. DELANOY (239973)
Talia.Delanoy@leclairryan.com
LeClairRyan, LLC
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 246-1140
Facsimile: (916) 246-1155

Attorneys for Defendant
FEDEX FREIGHT, INC.,
Erroneously sued as
FEDEX FREIGHT WEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ HERRERA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT WEST, INC., and DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendant. | Case No.: 2:18-cv-00892-JAM-DB<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT TO CORRECT NAME OF DEFENDANT**<br><br>Hon. Judge John A. Mendez<br>Courtroom 6, 14th Floor |

　　　　IT IS HEREBY STIPULATED, consented to and agreed, by and between the undersigned attorneys of record for the parties in the above-referenced action:

　　　　Plaintiff, having designated a defendant in the complaint by the incorrect name of: FedEx Freight West, Inc., and having discovered the true name of said defendant to be: FedEx Freight, Inc. hereby amends the complaint by inserting the true name in place of such incorrect name where it appears in said complaint.

　　　　IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

1

Herrera v. FedEx Freight, Inc, et al.
Case No. 2:18-CV-00892-JAM-DB

JOINT STIPULATION TO AMEND COMPLAINT TO CORRECT NAME OF DEFENDANT

| | | |
|---|---|---|
| DATED: May 30, 2018 | | BOHM LAW GROUP, INC. |
| | By: | */s/Victoria L. Gutierrez* |
| | | VICTORIA L. GUTIERREZ |
| | | Attorneys for Plaintiff |
| | | BEATRIZ HERRERA |
| DATED: May 30, 2018 | | LECLAIRRYAN, LLP |
| | By: | */s/Talia L. Delanoy* |
| | | SANDRA ISOM |
| | | TALIA L. DELANOY |
| | | Attorneys for Defendant |
| | | FEDEX FREIGHT, INC. |
| | | Erroneously sued as |
| | | FEDEX FREIGHT WEST, INC. |

**IT IS SO ORDERED**:

Dated:__5/30/2018                               /s/ John A. Mendez____

                                                          Honorable John A. Mendez