TALIA L. DELANOY (239973)
Talia.Delanoy@leclairryan.com
LECLAIRRYAN, LLC
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 246-1140
Facsimile: (916) 246-1155

Attorneys for Defendant
FEDEX FREIGHT, INC.,
Erroneously sued as
FEDEX FREIGHT WEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ HERRERA,<br><br>   Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT WEST, INC., and DOES 1 THROUGH 50, inclusive,<br><br>   Defendant. | Case No.: 2:18-cv-00892-JAM-DB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>Hon. Judge John A. Mendez<br>Courtroom 6, 14th Floor |

1

Herrera v. FedEx Freight, Inc, et al.
Case No. 2:18-CV-00892-JAM-DB

STIPULATION TO AMEND SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | The parties have agreed to the following changes to the scheduling orders of the court, | |
| 2 | with all other court-set deadlines to remain the same: | |
| 3 | Discovery cutoff: | October 25, 2019 |
| 4 | Discovery-related motions: | December 9, 2019 |
| 5 | Last day to file Dispositive Motion: | December 17, 2019 |
| 6 | Initial expert disclosures: | August 28, 2019 |
| 7 | Supplemental expert disclosures: | September 13, 2019 |
| 8 | Non-discovery motion cutoff: | December 17, 2019 |
| 9 | Dispositive Motion Hearing Date: | January 14, 2020 at 1:30 p.m. |
| 10 | Joint Pretrial Statement Due: | February 14, 2020 |
| 11 | Pretrial Conference: | February 21, 2020 at 11:00 a.m. |
| 12 | Trial: | March 30, 2020 at 9:00 a.m. |

The parties have further agreed that seven (7) days before the date set for the deposition of each expert, the parties will provide that expert's report to the opposing side, by electronic means.

DATED: June 17, 2019　　　　　BOHM LAW GROUP, INC.

By: */s/ Victoria L. Gutierrez*
　　VICTORIA L. GUTIERREZ
　　Attorneys for Plaintiff
　　BEATRIZ HERRERA

DATED:　June 17, 2019　　　　LECLAIRRYAN, LLP

By: _____
　　SANDRA ISOM
　　TALIA L. DELANOY
　　Attorneys for Defendant
　　FEDEX FREIGHT, INC. Erroneously sued
　　as FEDEX FREIGHT WEST, INC.

**IT IS SO ORDERED**:

Dated:　6/17/2019　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez

2

Herrera v. FedEx Freight, Inc, et al.　　　　STIPULATION TO AMEND SCHEDULING
Case No. 2:18-CV-00892-JAM-DB　　　　　　　　　　　　　　　　　　ORDER