Lawrance A. Bohm (SBN: 208716)
**lbohm@bohmlaw.com**
Victoria L. Gutierrez (SBN: 282715)
**vgutierrez@bohmlaw.com**
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 866.920.1292
Facsimile: 916.927.2046

Attorneys for Plaintiff,
BEATRIZ HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00892-JAM-DB<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)**<br><br>[Filed concurrently with [Proposed] Order re: Joint Stipulation for Dismissal]<br><br>Action Filed:  March 1, 2018<br>Trial Date:  October 28, 2019 |

Pursuant to the stipulation, IT IS SO ORDERED. The above-entitled action is dismissed with prejudice, in its entirety.

DATED: 9/3/2019  /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court

---

1

[Proposed] Order re: Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)
*Herrera v. FedEx Freight, Inc.*
Case No.: 2:18-cv-00892-JAM-DB